PINCUS GLICKMAN, Respondent, *v.* NEW YORK BANKERS, INC., et al., Defendants, and WILLIAM MALAFSKY, Appellant.

(Submitted September 29, 1930; decided October 7, 1930.)

*Jacob Aks* for motion.

*Leo J. Linder* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.